# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | |
|---|---|
| ZANNIE JAY LOTHARP | Case No. _____ |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐ Yes ☐ No |
| -v- | |
| U.S. DEPARTMENT OF THE TREASURY | |
| UNITED STATES POSTAL SERVICE HQ | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

FILED DEC 0 6 2023

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | ZANNIE JAY LOTHARP |
   | Street Address | 2001 KINGSTREE DRIVE |
   | City and County | MONROE, UNION |
   | State and Zip Code | NORTH CAROLINA, 28112 |
   | Telephone Number | N/A |
   | E-mail Address | N/A |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

2375111S3

Nannie Lotharp

12/4/2023

By: [signature]

Defendant No. 1
Name: U.S. DEPARTMENT OF THE TREASURY
Job or Title (if known):
Street Address: 1500 PENNSYLVANIA AVENUE, N.W.
City and County: WASHINGTON
State and Zip Code: DISTRICT OF COLUMBIA, 20220
Telephone Number: N/A
E-mail Address (if known): N/A

Defendant No. 2
Name: UNITED STATES POSTAL SERVICE HQ
Job or Title (if known):
Street Address: 475 L'ENFANT PLAZA, S.W.
City and County: WASHINGTON
State and Zip Code: DISTRICT OF COLUMBIA, 20260
Telephone Number: N/A
E-mail Address (if known): N/A

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

237511153

Zannie Lothrop

12/4/2023

By: [signature]

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) _____, is a citizen of the State of (name) _____.

2. If the plaintiff is a corporation

   The plaintiff, (name) __ZANNIE JAY DOTHARP__, is incorporated under the laws of the State of (name) __NORTH CAROLINA__, and has its principal place of business in the State of (name) __NORTH CAROLINA__.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

   The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) __UNITED STATES__, and has its principal place of business in (name) __WASHINGTON D.C.__

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

1. Protest/Certificate of dishonor - Exhibit H
2. 2nd Protest/ 2nd Certificate of Dishonor - Exhibit J

237511153

Zanna Lothan  
12/4/2023

By: [signature]

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* U.S. DEPARTMENT OF THE TREASURY / UNITED STATES POSTAL SERVICE HQ , owes the plaintiff *(specify the amount)* $4,000,000.00 , because *(use one or more of the following, as appropriate)*:

**A. On a Promissory Note**

On *(date)* _____, the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____. A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

**B. On an Account Between the Parties**

The defendant owes the plaintiff *(specify the amount)* $4,000,000.00 . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a credit-card holder)*

1. North Carolina State UCC Contract (private) Trust Account No.: 11064.
2. The Undersigned's Personal I.D. Account No: 237511153.
3. Posted Registered Treasury Deposit Account No. RR 205 803 455 US.

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ 4,000,000.00 Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)* See copies of Exhibits A - Z Attached. Copies of Exhibits B & C were filed with Complaint (1:23CV576) And I'm Asking that they be attached and incorporated here by reference into this complaint making it Twenty-six (26) exhibits total presented to support Petitioner's claim.

237511153

Lannie Lotharp

12/4/2023

By: [signature]

C. **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

D. **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned the defendant on *(date)* _____ .

E. **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to the defendant on *(date)* _____ , when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

_____

F. **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ _____ on *(date)* _____ by *(identify who paid and describe the circumstances of the payment)*

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)*

_____

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff request judicial review of his administrative process and remedy.
2. Plaintiff request this court to find the facts and execute on the law of the contract before this court.
3. Plaintiff request summary judgment on his administrative remedy.
4. Plaintiff reqeust the court to order Defendants to pay the sum certain $4,000,000.00 over to Plaintiff.
5. Plaintiff request the court to release the Order of the court to ZANNIE JAY LOTHARP.

2375111S3

Zanny Lothair

12/4/2023

By: [signature]

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

B.  **For Attorneys**

Date of signing: 12/4/2023

Signature of Attorney _[signed]_
Printed Name of Attorney   Zannie J. Lotharp (Authorized Representative)
Bar Number
Name of Law Firm
Street Address            C/o 696 Muckerman Road
State and Zip Code        South Carolina. 29512
Telephone Number          843-454-8200
E-mail Address            N/A