IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ZANNIE JAY LOTHARP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:23CV1068-1 |
| | ) |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on December 13, 2023, was served on the parties in this action. (ECF Nos. 3, 4.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be **FILED** and **DISMISSED** *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which is accompanied by the $402.00 filing fee.

This, the 19th day of January 2024.

/s/ Loretta C. Biggs
United States District Judge